IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TONY HADDOCK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:07cv201 |
| v. | § | |
| | § | |
| WELLS FARGO AUTO FINANCE, INC., | § | |
| and CSC CREDIT SERVICES, INC., | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING MODIFIED REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 31, 2007, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Wells Fargo Auto Finance, Inc.'s Motion to Compel Arbitration and Motion to Stay Litigation (Dkt. 14) be GRANTED. On October 22, 2007, the Magistrate Judge entered an order modifying the scope of his report and recommendations (Dkt. 24) such that only the claims between Defendant Wells Fargo and Plaintiff should proceed to arbitration and be stayed pending the outcome of arbitration.

The Court, having made a *de novo* review of the objections raised by Plaintiff and Defendant CSC, finds that they do not have merit in light of the Magistrate Judge's modification of his report. Further, having received the report as modified, and no objections thereto having been filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and

adopts the Magistrate Judge's report, as modified by his subsequent order, as the findings and conclusions of the Court. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge (Dkt. 15), as amended by his subsequent order (Dkt. 24), as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Defendant Wells Fargo Auto Finance, Inc.'s Motion to Compel Arbitration and Motion to Stay Litigation (Dkt. 14) is GRANTED. The claims between Defendant Wells Fargo and Plaintiff in this case should proceed to arbitration and shall be stayed pending the outcome of arbitration.

**IT IS SO ORDERED.**

**SIGNED this 19th day of November, 2007.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE